UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTICT OF MICHIGAN
SOUTHERN DIVISION

CHOON'S DESIGN INC.,

    Plaintiff,

v.

TRISTAR PRODUCTS, INC.,

    Defendant.

_____/

Case No. 14-10848
Honorable Victoria A. Roberts

## **ORDER REGARDING PLAINTIFF'S FEBRUARY 28, 2018 LETTER [Doc. 167]**

On February 28, 2018, counsel for Choon's Design sent the Court a letter concerning Defendant's supplemental invalidity contentions. Defendant responded to the letter on March 2, 2018. The Court held a telephone conference on March 7 regarding the supplemental contentions. Attending were Theodore Olds, John Siragusa and Brian Tobin for Choon's, and Robert Bugg for Defendant.

Based on the discussion held, the Court **ORDERS**:

1. The parties must disclose supplemental expert testimony and reports as scheduled in the Second Amended Scheduling Order dated October 3, 2017;

2. The parties must meet and confer before March 19, 2018 to narrow the number of references relied upon by Defendant in its supplemental invalidity contentions; and

3. On or before **March 19, 2018**, the parties must file a joint report indicating whether further Court involvement regarding Choon's objections to Defendant's supplemental invalidity contentions is necessary. If Court involvement is necessary, the joint report must describe the results of the meet and confer, summarize all unresolved

issues, and state each party's proposal for resolving the issues. Unless the joint report indicates it is unnecessary, the Court will hold a phone conference to resolve outstanding issues on **March 20, 2018 at 3:30pm**.

**IT IS ORDERED**.

S/Victoria A. Roberts
Victoria A. Roberts
United States District Judge

Dated: March 8, 2018